[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Amber Hirsch<br>Plaintiff(s)<br><br>v.<br>Will County, et al.<br>Defendant(s | ) ) ) ) ) ) ) ) | Case Number: 1:19-cv-07398<br><br>Judge: |

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1. I, Young Sun Kim, M.D., declare that I am the (check appropriate box) ☐ plaintiff ■ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

   Hall & Evans, LLC attorney at law.
   Wais, Vogelstein, Forman, Koch and Norman, LLC

   but I have been unable to find an attorney because:

   I am no longer living in state of IL and do not have any malpractice insurance coverage due to my former employer ( Wellpath ) filed bankruptcy.

3. I declare that (check all that apply):

   *(Now:)*

   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*

   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):

   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

| | | |
|---|---|---|
| ☐ Grammar school | ☐ Some high school | ☐ High school graduate |
| ☐ Some college | ☐ College graduate | ■ Post-graduate |

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

Young Sun Kim, M.D.
Signature of Movant

3078 Arroyo Drive
Street Address

7-3-2026
Date

Marina, CA, 93933
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

Case Name: ______________________ Case No.: __________

Attorney's Name: ______________ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Case Name: ______________________ Case No.: __________

Attorney's Name: ______________ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Case Name: ______________________ Case No.: __________

Attorney's Name: ______________ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Rev. 06/23/2016